## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE MASTERS, individually and on behalf of others similarly situated<br><br>             Plaintiffs,<br><br>      v.<br><br>AT&T Mobility LLC,<br><br>             Defendant. | Civil Action No.:  08-337<br><br>Magistrate Judge Lisa Pupo Lenihan<br><br>Class Action<br><br>JURY TRIAL DEMANDED<br><br>Electronically Filed |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Wayne Masters and

Defendant AT&T Mobility LLC, that the claims set forth in the above-captioned action are

hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  July 3, 2008

s/Edward J. Feinstein

Edward J. Feinstein
PA ID No. 29718
efeinstein@stemberfeinstein.com
Stember  Feinstein  Doyle &  Payne,
LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
(412) 338-1445 Tel.
(412) 232-3730 Fax

*Attorneys for Plaintiff*

s/Maria Greco Danaher

Maria Greco Danaher
maria.danaher@ogletreedeakins.com
Ogletree Deakins
444 Liberty Avenue
Suite 400
Pittsburgh, PA 15222
(412) 394-3390  Tel.
412-232-1799 Fax.

Andrew W. Bagley
abagley@crowell.com
Thomas P. Gies
tgies@crowell.com
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2672 Tel.
 (202) 628-5116 Fax.

*Attorneys for Defendant*